IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SCOTT DOLEMBA, ) | |
| on behalf of plaintiff and the class defined ) | |
| below, ) | |
| ) | 14-cv-9677 |
| Plaintiff, ) | |
| ) | Judge Dow |
| vs. ) | |
| ) | Magistrate Judge Martin |
| DIRECT ENERGY SERVICES, LLC, ) | |
| and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Scott Dolemba hereby dismisses all pending claims against Defendants without prejudice, with each party to bear their own costs and fees.

Respectfully submitted,

s/Catherine A. Ćeko
Catherine A. Ćeko

Daniel A. Edelman
Cathleen M. Combs
Catherine A. Ćeko
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com

1

## CERTIFICATE OF SERVICE

I, Catherine A. Ćeko, hereby certify that on March 13, 2015, the foregoing document was filed electronically, and notification of such filing was served via the Court's CM/ECF system upon the following:

David L. Hartsell
Andrew R. Woltman
Tammy Adkins
McGuireWoods LLP
77 W. Wacker Driver, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
dhartsell@mcguirewoods.com
awoltman@mcguirewoods.com
tadkins@mcguirewoods.com

                                              s/Catherine A. Ćeko
                                              Catherine A. Ćeko

Daniel A. Edelman
Cathleen M. Combs
Catherine A. Ćeko
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.comX

2