## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Scott Dolemba

                          Plaintiff,

v.                                           Case No.: 1:14–cv–09677
                                                      Honorable Robert M. Dow Jr.

Direct Energy Services, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 16, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On March 13, 2015, the plaintiff filed a notice of dismissal [See 36]. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Scott Dolemba dismisses all pending claims against Defendants without prejudice, with each party to bear their own costs and fees. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.